ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeals of -- | ) | |
| | ) | |
| Walbridge Aldinger Company | ) | ASBCA Nos. 61392, 62258 |
| | ) | |
| Under Contract No. 7300095762 | ) | |

APPEARANCES FOR THE APPELLANT:     Eric L. Nelson, Esq.
    Smith, Currie and Hancock LLP
    Atlanta, GA

    Donald H. Spence, Jr., Esq.
    Spence & Becker, LLC
    Gaithersburg, MD

APPEARANCES FOR THE GOVERNMENT:     Scott N. Flesch, Esq.
    Army Chief Trial Attorney
    MAJ Sean B. Zehtab, JA
    Robert B. Neill, Esq.
    Trial Attorneys

## ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: April 23, 2020

LYNDA T. O'SULLIVAN
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 61392, 62258, Appeals of Walbridge Aldinger Company, rendered in conformance with the Board's Charter.

Dated:  April 23, 2020

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals